COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| ROBERTO A. GUTIERREZ, | § | No. 08-17-00116-CR |
|  | § |  |
| Appellant, | | Appeal from the |
|  | § |  |
| v. | | 210th District Court |
|  | § |  |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
|  | § |  |
| State. | | (TC# 20160D04381) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **January 2, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Erika Wright, Official Court Reporter for the 210th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before January 2, 2018.

IT IS SO ORDERED this 14th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.